IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION


RENWICK L. FOSTER, SR.,
    Plaintiff,

vs.                                       Case No.: 5:07cv272/SPM/EMT

DEPARTMENT OF CORRECTIONS,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

    This cause is before the court on Plaintiff's "Response to Show Cause Order" (*see* Doc.18). By order of this court dated November 20, 2007, Plaintiff was given thirty (30) days in which to pay the $350.00 filing fee or file a complete application to proceed in forma pauperis (Doc. 7). That time elapsed, and Plaintiff failed to pay the fee or file an application to proceed in forma pauperis. Therefore, on January 4, 2008, the court entered an order directing Plaintiff to show cause, within twenty (20) days, why this case should not be dismissed for failure to comply with an order of the court (Doc. 14). In the instant response to the order to show cause, Plaintiff has not addressed the matter of the filing fee, except to restate the language contained in the show cause order (*see* Doc. 18). Instead, Plaintiff appears to challenge his conviction, seek expedited review of his complaint, and claim that his incarceration constitutes kidnapping (*id*.).

    Plaintiff has failed to show good cause for his failure to comply with the order of this court directing him to pay the filing fee or submit a properly completed motion to proceed in forma pauperis. Indeed Plaintiff has not even addressed the matter of the filing fee in his response, the filing fee remains unpaid, and Plaintiff has not submitted a properly completed application to proceed in forma pauperis. Therefore, this action should be dismissed for Plaintiff's failure to comply with an order of the court.

Accordingly, it is respectfully **RECOMMENDED**:

This case  be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 31st day of January 2008

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* **28 U.S.C. § 636;** <u>United States v. Roberts</u>**, 858 F.2d 698, 701 (11th Cir. 1988).**