IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RENWICK L. FOSTER, SR.,

    Plaintiff,

vs.                                              5:07cv272-SPM/EMT

DEPARTMENT OF CORRECTIONS,

    Defendant.

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon the magistrate judge's Report and Recommendation (doc. 19).  On January 4, 2008, the magistrate judge directed Plaintiff to show cause why this case should not be dismissed.  Plaintiff did respond to this order but did not address his failure to follow the proper procedures for advancing his case.

Plaintiff has been furnished a copy of the magistrate's order recommending dismissal of this case and has been afforded an opportunity to file objections.  On February 7, 2008, Plaintiff submitted objections.  However, his response fails to show good cause why his case should proceed in the absence of his compliance with the Court's order.  Plaintiff claims that he should not be required to pay fees or that the Court should institute filing procedures for inmates who feel they are in danger.  Plaintiff is certainly required to pay a filing

fee or file a motion to proceed in forma pauperis.  Furthermore, Plaintiff was order to show cause why his case should not be dismissed.  After specific instructions from the Court to do so, Plaintiff has refused to comply with the order.  Accordingly, pursuant to Title 28, United States Code, Section 636(b)(1), it is hereby **ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's Report and Recommendation (doc. 19) is adopted and incorporated by reference in this order.
2. This case is *dismissed with prejudice* for failure to obey an order of the Court.

**DONE AND ORDERED** this twenty-fourth day of March, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge